**Order entered October 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00554-CV

**WEKNOW TECHNOLOGIES, INC., Appellant**

**V.**

**JOE HAYES, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14271**

## ORDER

Before the Court is appellee's October 25, 2017 motion to extend time to file appellee's brief. We **GRANT** the motion. Appellee's brief shall be filed by December 11, 2017.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE